Guy Baker
700 North Coronado #1003
Chandler, Arizona 85224
520-275-1345

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| GUY BAKER, | ) Case No.: |
| Plaintiff, | ) **CIV 10-612 TUC DCB** |
| vs. | ) **COMPLAINT** |
| THE LAW OFFICE OF ALFRED MCDONALD, P.C. | ) |
| Defendant | ) |

Guy Baker, pro se Plaintiff herein, files this Complaint pursuant to Federal Rules of Civil Procedure Rule 8(a). Plaintiff, as and for its cause of action against the above-named Defendant herein states and alleges as follows:

**JURISDICTION AND GENERAL ALLEGATIONS**

1.   The allegations found in this Complaint are violations of the Fair Debt Collection Practices Act (FDPCA) or 15 U.S.C. § 1692 et seq.

2.   The Plaintiff is defined as a "consumer" and the Defendant is defined as a "debt collector" in 15 U.S.C. § 1692a.

3.   These allegations raise a federal question and this Court has jurisdiction under 28 U.S.C. § 1331.

[Summary of pleading] - 1

**COUNT I.**
**FAILURE TO WRITE CONSUMER AFTER INITIAL COMMUNICATION**

4.  The Plaintiff was contacted by the Defendant on March 15, 2010 regarding a debt owned by Tucson Federal Credit Union. This initial effort to communicate with the Plaintiff was an effort to collect a debt.

5.  No written communication was produced by the Defendant with the 5 days of this initial communication thus violating 15 U.S.C. § 1692g.

**COUNT II.**
**ATTEMPT TO COLLECT A TIME-BARRED DEBT**

6.  The said debt the Defendant attempted to collect on was a deficiency contract debt constructed under the Uniform Commercial Code as adopted by the State of Arizona.

7.  This deficiency debt started to accrue in October of 2004. Under Arizona Revised Statutes 47-2725 or known as the short title of Uniform Commercial Code, this debt is barred by time since no action had commenced within four years from the date the debt became deficient.

8.  This attempt to collect a time-barred debt by the Defendant is a violation of 15 U.S.C. § 1692i.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

1.  As afforded by the authority of this Court under 15 U.S.C. § 1692k a judgment of $2000 of actual damages against the Defendant for failing to observe the rights afforded to the Plaintiff under the Fair Debt Collection Practice Act.

2.  As afforded by the authority of this Court under 15 U.S.C. § 1692k, a judgment of $18000 for the punitive damages against the Defendant for failing to observe the rights afforded to the Plaintiff under the Fair Debt Collection Practice Act.

3. For Plaintiff's cost incurred herein.

4. For such further and additional relief as this Court deems just, fair and equitable in the premises.

SIGNED AND SEALED this 8th day of October 2010.

```
                                        _____
                                        GUY BAKER
                                        PRO SE PLAINTIFF
```

Copying if this filing mailed to:

The Law Office of Alfred McDonald, P.C.
4578 East Camp Lowell Drive
Tucson, Arizona 85712

[Summary of pleading] - 3