# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

Guy Baker, )
                Plaintiffs, )   CV 10-612 TUC DCB
v. )
                                    )
The Law Office of Alfred McDonald, P.C., )
                                )   **ORDER**
                Defendant. )

The parties having stipulated to dismissal and there being good cause,

**Accordingly,**

**IT IS ORDERED** that the Stipulation (doc. 4) is GRANTED to dismiss this case with prejudice, with each party to bear their own costs and expenses.

DATED this 13th day of December, 2010.

David C. Bury
United States District Judge